# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* MARK McGUIRE, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM LABORATORIES, INC., <br><br> Defendant. | No. 12cv10132-NMG <br> **(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RYAN UEHLING, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM LABORATORIES, INC., *et al.*, <br><br> Defendants. | No. 12cv10631-NMG <br> **(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WENDY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM LABORATORIES, INC., <br><br> Defendant. | No. 12cv12387-NMG <br> **(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC., and JOHN DOE, | |

|  | ) | No. 13cv10825-NMG |
|---|---|---|
| Plaintiffs, | ) | **(UNDER SEAL)** |
| v. | ) | |
| MILLENNIUM LABORATORIES, INC., *et al.*, | ) | |
| Defendants. | ) | |

|  | ) | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALLSTATE INSURANCE COMPANY and LAWRENCE K. SPITZ, M.D., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 14cv14276-NMG |
| MILLENNIUM LABORATORIES, INC., | ) | **(UNDER SEAL)** |
| Defendant. | ) | |

## ~~PROPOSED~~ ORDER

Upon consideration of the Government's Notice of Settlement and Motion to Unseal Specified Documents,

IT IS ORDERED that,

1. The United States' Notice of Intervention, the United States' Complaint in Intervention, the Relators' complaints, and the Notice of Settlement shall be unsealed;

2. All other papers or orders on file in this matter prior to the date of the Government's Notice of Settlement shall remain under seal absent further Order of this Court;

3. All pleadings that are filed in this action after the filing of the United States' Notice of Settlement shall not be sealed absent further order of the Court; and

4. The United States shall file a notice regarding the status of payment under the referenced Settlement Agreement on or before January 4, 2016.

SO ORDERED.

Dated: 10/16/15

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE