United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ROBERT CUNNINGHAM, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>MILLENNIUM LABORATORIES, INC. et al., <br><br>　　　　Defendants. | Civil Action No. 09-12209-NMG |
| UNITED STATES OF AMERICA, et al., ex rel. MARK MAGUIRE, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>MILLENNIUM LABORATORIES, INC. et al., <br><br>　　　　Defendant. | Civil Action No. 12-10132-NMG |
| UNITED STATES OF AMERICA, et al., ex rel. RYAN UEHLING, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>MILLENNIUM LABORATORIES, INC. et al., <br><br>　　　　Defendants. | Civil Action No. 12-10631-NMG |

```
                                        )
UNITED STATES OF AMERICA, et al., ex rel.)
OMNI HEALTHCARE, INC. and JOHN DOE,     )
                                        )
          Plaintiffs,                   )    Civil Action No.
                                        )    13-10825-NMG
     v.                                 )
                                        )
MILLENNIUM LABORATORIES, INC. et al.,   )
                                        )
          Defendants.                   )
                                        )
```

ORDER

GORTON, J.

Relator Mark McGuire moves this Court to reconsider its Memorandum and Order ("M&O") of August 19, 2016 (Docket No. 213) dismissing his cross-claim.

In Sections II and III of the memorandum in support of his motion, McGuire contends that the Court committed "manifest error" in its holdings in the M&O. His contentions do not, however, add anything new to the arguments he already made in his previous memoranda. McGuire is not entitled to reconsideration on such grounds. See Palmer v. Champion Mortg., 465 F.3d 24, 30 (1st Cir. 2006).

McGuire also proffers several arguments in the remaining sections of his memorandum that were not raised in his earlier briefings. McGuire has thus waived those arguments. See Cochran v. Quest Software, Inc., 328 F.3d 1, 11 (1st Cir. 2003).

-3-

Accordingly, the motion of relator Mark McGuire for reconsideration (Docket No. 218) is **DENIED**.

**So ordered.**

　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　United States District Judge

Dated November 28, 2016